# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

FELICITAS DOMINGUEZ,

    Plaintiff,

  vs.

JACK IN THE BOX,

    Defendant.

                            /

No. 2:14-cv-2098-CMK

ORDER

       Plaintiff, a state prisoner proceeding pro se, brings this action purportedly pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action. The court issued an order to show cause on April 29, 2016, requiring plaintiff to show cause why this action should not be dismissed for failure to state a claim.

       The court outlined plaintiff's allegations in its prior order and will not repeat them here. The court found plaintiff's complaint failed to state a claim and to allege this court has jurisdiction over plaintiff's claims. Plaintiff was provided an opportunity to show cause why the case should not be dismissed. Plaintiff was warned that failure to respond to the order to show cause may result in the dismissal of this action for the reasons outlined as well as for failure to

prosecute and comply with court rules and orders.  See Local Rule 110.

Plaintiff failed to file a response to the court's order as directed.  Based on the analysis in the court's prior order, the undersigned finds it appropriate to dismiss this action.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed;

2. All pending motions are denied as moot; and

3. The Clerk of the Court is directed to close this case.

DATED: August 1, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE